NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EMOSE OCEANT,                          )
                                       )
                Appellant,             )
                                       )
v.                                     )          Case No. 2D18-2628
                                       )
STATE OF FLORIDA,                      )
                                       )
                Appellee.              )
                                       )
_____    )

Opinion filed April 17, 2019.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Emose Oceant, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                Affirmed.



LaROSE, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.